PROB 49
(3/89)

# United States District Court

## Western District Of Pennsylvania

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Shall participate in a term of community confinement (in the District of New Mexico) not to exceed 120 days; and shall refrain from the use of alcohol during the term of supervised release.

Witness:  _____          Signed: _____
                  Edward C. Medina                                  Michael R Johnson
           United States Probation Officer                    Probationer or Supervised Releasee

                                    9/10/07
                                 _____
                                      Date