IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | CR 00-136 (see CA 13-1275) |
| MICHAEL R. JOHNSON, | ) | CR 00-146 (see CA 13-1276) |
| | ) | |
| Defendant/Petitioner. | ) | |

O R D E R

AND NOW, this 30th day of December, 2014, upon consideration of Petitioner's pro se Petition under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. No. 755 at CR 00-136 and Doc. No. 75 at CR 00-146) and memorandum of facts and law in support thereof (Doc. No. 756 at CR 00-136 and Doc. No. 76 at CR 00-146), filed in the above captioned matter on September 3, 2013, as well as the Government's response thereto (Doc. No. 759 at CR 00-136 and Doc. No. 79 at CR 00-146), filed on November 6, 2013,

IT IS HEREBY ORDERED that, for the reasons set forth in the Memorandum Opinion filed herewith, Petitioner's petition is DENIED. Further, this Court will not issue a certificate of appealability in this case because, for the reasons set forth in the Memorandum Opinion, Petitioner has not made a substantial showing of the denial of a constitutional right.

1

s/Alan N. Bloch
                                        United States District Judge

ecf: Counsel of record

cc:  Michael R. Johnson, Fed. Reg. No. 06883-068
     FCI Terminal Island
     P.O. Box 3007
     San Pedro, CA 90731